AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:24-mj-00389 |
| Joseph Charles Valentour , (DOB: XXXXXXXXX) | ) Assigned To : Judge G. Michael Harvey |
| Jonathan Wayne Valentour, (DOB: XXXXXXXXX) | ) Assign. Date : 12/26/2024 |
| (AKA: "Duke") | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); | |
| 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); | |
| 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds); | |
| 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); | |
| 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings); | |
| 18 U.S.C. 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder); | |
| 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____12/26/2024_____

_____
*Judge's signature*

City and state:  _____Washington, D.C._____    G. Michael Harvey, U.S. Magistrate Judge
_____
*Printed name and title*