AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00389 |
| Joseph Charles Valentour | ) Assigned To : Judge G. Michael Harvey |
|  | ) Assign. Date : 12/26/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joseph Charles Valentour,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings);
18 U.S.C. 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder);
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers).

Date: 12/26/2024

*Issuing officer's signature*

City and state: Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/27/24, and the person was arrested on *(date)* 01/03/25
at *(city and state)* Dayton, OH.

Date: 01/03/25

*Arresting officer's signature*

Special Agent Cory Snatcher
*Printed name and title*