UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-mj-389 |
| JOSEPH VALENTOUR, | : |
| JONATHAN VALENTOUR, | : |
| Defendants. | : |

### ORDER

Pursuant to the motion filed by the United States, ECF 18, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 4th day of February, 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge